# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | CASE NO. 07-CR-30087-MJR-8 |
| ) | |
| DAVID M. MURRAY, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## ORDER AMENDING CONDITIONS OF RELEASE

**WILKERSON, Magistrate Judge:**

Upon request of the U.S. Probation Office, the Order Setting Conditions of Release (Document No. 238) as to the above-captioned defendant entered August 6, 2008, by United States Magistrate Donald G. Wilkerson, is AMENDED as follows:

(✓)  The defendant shall participate in a program of mental health treatment, as directed by the U.S. Probation Officer, until such time as the offender is released from the program by the U.S. Probation Officer.

**DATED: September 3, 2008**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**